# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case # 14-80343 -CIV-RYSKAMP\HOPKINS

Aulbrey Forbes, et al

     Plaintiff

vs.

Fast Fix 123, LLC

     Defendant                         **FLSA SCHEDULING ORDER**

—————————————————————————————/

     This Order has been entered upon the filing of the Complaint. Plaintiff's counsel is hereby **ORDERED** to forward to all defendants, upon receipt of a responsive pleading, a copy of this Order.

     This case raises claims pursuant to the Fair Labor Standards Act (FLSA), 29 USC §201 et seq.  Pursuant to Fed.R.Civ.P. 16, the Court finds it necessary to implement a schedule tailored to meet the particular circumstances of this case. Therefore, consistent with the just, speedy and inexpensive administration of justice (Fed.R.Civ.P. 1), it is hereby

     **ORDERED** that the provisions of Fed.R.Civ.P. 26(a)(1) and S.D. Fla. L.R. 26.1 and 16.1, concerning the initial disclosures and filing of a Joint Scheduling Report and Joint Proposed Scheduling Order, are hereby waived. Instead, the parties shall comply with the following schedule:

     1.  No later than 15 days from the date of this Order, plaintiff[s] shall answer the Court's Interrogatories (attached to this Order ) under oath or penalty of perjury, serve a copy on defendant, and file the answers with the Court, entitled **Notice of Filing Answers to Court's Interrogatories**."

2.   No later than 15 days after plaintiff files his answers to the court's interrogatories, defendant shall serve on plaintiff and file with the court a **Verified Summary** of all hours worked by plaintiff during each relevant pay period, and the rate of pay and wages paid, including overtime pay, if any. Defendant shall serve on plaintiff's counsel (but not file) a copy of all time sheets and payroll records that support or relate to the time periods in the Verified Summary. Defendant shall also file and serve on plaintiff a statement regarding whether or not the plaintiff or defendant was engaged in commerce or in the production of goods for commerce, during plaintiff's employment. See, 29 U.S.C. §207(a)(1); Ares v. Manuel Diaz Farms, Inc., 318 F.3d 1054 (11th Cir. 2003).

3.   No later than 30 days after defendant files the Verified Summary, counsel for plaintiff and defendant shall meet and confer in person in a good faith effort to settle all pending issues, including attorneys' fees and costs. Counsel shall have full authority to settle, and shall set aside sufficient time for a thorough, detailed, and meaningful conference that is calculated to fully resolve the case by agreement.

4.   No later than 10 days after the settlement conference, counsel shall jointly file a **Report Regarding Settlement** that notifies the Court whether:

(1) the parties have settled the case;

(2) the parties have not settled but wish to continue settlement discussions for a specific period of time;

(3) the parties wish to engage in a formal mediation conference before a specific mediator on or before a specific date;

(4) either party requests a settlement conference before the U.S. Magistrate Judge; or

(5) the parties have exhausted all settlement efforts and will file immediately a **Joint Scheduling Report,** signed by counsel for all parties, along with the **Proposed Scheduling Order (sample attached)**, a copy of which shall be submitted in Word or Word Perfect format to Ryskamp@flsd.uscourts.gov.

**FAILURE OF COUNSEL TO FILE A SCHEDULING REPORT WILL**

**RESULT IN DISMISSAL, DEFAULT AND THE IMPOSITION OF OTHER SANCTIONS INCLUDING ATTORNEYS FEES, COSTS AND EXPENSES. See S.D.Fla.LR 16.1(M)**

5.   If the parties are able to agree on settlement, they are directed to submit the terms of the resolution of this case within 11 days from the date of the **Notice of Settlement**, in compliance with Lynn's Food Stores, Inc. v United States, 679 F.2d 1350 (11th Cir. 1982).

6.   Due to the volume of cases based on the FLSA, the Court expects strict adherence to these deadlines. Exceptions will be granted only for compelling reasons. Failure to comply may result in the imposition of sanctions, including but not limited to the dismissal of the case and the striking of pleadings.

7.   Until further order of the Court, all discovery in this case is STAYED, except as provided herein.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 12th day of March, 2014.

 /S/ Kenneth L. Ryskamp
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE

## <u>COURT'S INTERROGATORIES TO PLAINTIFF</u>

1.      During what period of time were you employed by the defendant?

2.      Who was your immediate supervisor?

3.      Did you have a regularly scheduled work period?   If so, specify.

4.      What was your title or position?   Briefly describe your job duties.

5.      What was your regular rate of pay?

6.      Provide an accounting of your claim, including:
   (A)      dates
   (B)      regular hours worked
   (C)      over-time hours worked
   (D)      pay received versus pay claimed
   (E)      total amount claimed

7.      When did you (or your attorney) first complain to your employer about alleged violations of the FLSA?

8.      Was this complaint written or oral?   (If written, please attach a copy)

9.      What was your employer's response?   (If a written response, please attach a copy)

10.      Did you maintain any records of the hours you worked?   If so, identify all such records.


_____

STATE OF FLORIDA                          :
COUNTY OF _____:

      Before me, the undersigned authority, on this day, personally appeared _____
, who being first duly sworn, deposes and says that he/she has read the foregoing Answers to
Interrogatories, knows the contents of same, and to the best of his/her knowledge and belief, the
same are true and correct.

      Sworn to and subscribed before me on this _____day of _____, 20___.


_____
Notary Public

[Notary Stamp]

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case # 14-80343-CIV-RYSKAMP\HOPKINS

Aulbrey Forbes, et al

      Plaintiff

vs.

Fast Fix 123, LLC

      Defendant

_____/

SAMPLE
# SCHEDULING ORDER

Pursuant to Local Rule 16.1(b)(7), IT IS **ORDERED AND ADJUDGED** as follows:

1.   No pretrial conference shall be held in this action, unless the parties so request or the Court determines, sua sponte, that a pretrial conference is necessary.   Should a pretrial conference be set, the compliance deadlines as set forth in the remainder of this Order shall remain unaltered.

2.   Counsel shall meet at least ONE MONTH prior to the beginning of the trial calendar to confer on the preparation of a pretrial stipulation.

3.   The joint pretrial stipulation shall be filed on or before the date set forth in the attached Notice of Trial and shall conform to Local Rule 16.1(e).   The Court will not allow unilateral pretrial stipulations.

4.   In cases tried before a jury, each party shall file the proposed jury instructions at least ONE WEEK prior to the beginning of the trial calendar.   Additionally, one copy of the proposed jury instructions shall be sent in Word or WordPerfect format to Ryskamp@flsd.uscourts.gov. Each jury instruction shall be typed on a separate sheet and must be supported by citation of authority.   In preparing their requested jury instructions, the parties shall utilize as a guide the *Pattern Jury Instructions* for civil cases approved by the United States Eleventh Circuit, including the Directions to Counsel contained therein.   At the close of the evidence, a party may file additional instructions covering matters occurring at the trial that could not reasonably be anticipated, and with the Court's permission, file untimely requests for instructions on any issue.

*Proposed Scheduling Order*

5.   In cases tried before the Court, each party shall file the proposed findings of fact and conclusions of law at least ONE WEEK prior to the beginning of the trial calendar.   Proposed conclusions of law shall be supported by citations of authority.

6.   All exhibits must be pre-marked.   The plaintiff and defendant shall both mark their exhibits numerically.   A typewritten exhibit list setting forth the number, and description of each exhibit shall be submitted at the time of trial.   The parties shall submit said exhibit list on Form AO 187, which is available from the Clerk's office.   All electronically filed exhibits should be listed as one attachment unless over 5mb (100 pages).

7.   A motion for continuance shall not stay the requirement for the filing of a pretrial stipulation and, unless an emergency situation arises, a motion for continuance will not be considered unless it is filed at least twenty (20) days prior to the date on which the trial calendar is scheduled to commence.

8.   Non-compliance with any provision of this order may subject the offending party to **sanctions or dismissal**.   It is the duty of all counsel to enforce the timetable set forth herein in order to insure an expeditious resolution of this cause.

9.   The following timetable shall govern the pretrial procedure in this case.   This schedule shall not be modified absent compelling circumstances.



\*   _____   Joinder of additional parties and amended pleadings

\*   _____   Plaintiff shall furnish opposing counsel with a written list containing the names and addresses of all <u>expert</u> witnesses intended to be called at trial and only those <u>expert</u> witnesses listed shall be permitted to testify.   Within the 14 day period following this disclosure, the plaintiff shall make its experts available for deposition by the defendant. The experts' depositions may be conducted without further order from the Court.

\*   _____   Defendant shall furnish opposing counsel with a written list containing the names and addresses of all <u>expert</u> witnesses intended to be called at trial and only those <u>expert</u> witnesses listed shall be permitted to testify. Within the 14 day period following this disclosure, the defendant shall make its experts available for deposition by the plaintiff.   The experts' depositions may be conducted without further order from the Court.

\* _____   Parties shall furnish opposing counsel with a written list containing the names and addresses of all witnesses intended to be called at trial and only those witnesses listed shall be permitted to testify.

\* _____   All discovery must be completed.

\* _____   All pretrial motions and memoranda of law must be filed. (No later than one month after the close of discovery.

\*(insert a specific date -- e.g. _"October 1, 2014"_ – not "_30 days prior to etc._")


Pretrial Stipulation required by Local Rule 16.1.E shall be filed by _____.

This case is assigned to the _____ track.

This is a _____ trial.
            (_Jury or Non-Jury_)


10.   Trial date and calendar call will be set by separate notice.

11.   If this case is settled, counsel are directed to inform the Court promptly by calling chambers and submitting an appropriate order for dismissal, within ten (10) days of notification of settlement to the Court, pursuant to Fed. R. Civ. P. 41(a)(1).

Dated this _____ day of _____, 2014.


_____
KENNETH L. RYSKAMP
United States District Judge


copies provided:


_**Proposed Scheduling Order**_