UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:14-cv-80343-KLR

AULBREY FORBES, on his own behalf and
others similarly situated,

    Plaintiff,

v.

FAST FIX 123, LLC, a Florida limited liability
company,

    Defendant.
_____/

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME**
**TO FILE ANSWERS TO COURT INTERROGATORIES**

Plaintiff, AULBREY FORBES, by and through the undersigned counsel, hereby moves for an Order granting the Plaintiff an extension of time through and including April 9, 2014 to file his Answers to Court Interrogatories, and states as follows:

1. On March 14, 2014, this Court entered an Order requiring Plaintiff to file his answers to the Court's Interrogatories by March 27, 2014.

2. Plaintiff's counsel is in need of an extension of time until April 9, 2014 to prepare and finalize his Answers to Court's Interrogatories because Plaintiff's counsel was out of the country on a previously scheduled trip last week and has been out of the office for depositions this week in another matter. As a result, Plaintiff's counsel has been unable to prepare the responses to the Court's Interrogatories with the Plaintiff, and is in need of additional time to do so.

3. This request is not made for dilatory purposes, and will not prejudice any party in this matter. Defendant has not yet responded to the Complaint and will not be prejudiced by this extension.

WHEREFORE, Plaintiff prays that this Court will enter an Order granting Plaintiff an extension of time through and including April 9, 2014 to file his Answers to Court's Interrogatories, and granting any other relief the Court deems just.

Dated: March 27, 2014  
Boca Raton, Florida

Respectfully submitted,

**/s/ CAMAR R. JONES**  
Camar R. Jones, Esquire  
E-mail: cjones@shavitzlaw.com  
Florida Bar No. 720291  
Shavitz Law Group, P.A.  
1515 S. Federal Highway, Suite 404  
Boca Raton, Florida 33432  
Telephone: (561) 447-8888  
Facsimile: (561) 447-8831