UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:14-cv-80343-KLR

AULBREY FORBES, on his own behalf and
others similarly situated,

    Plaintiff,

v.

FAST FIX 123, LLC, a Florida limited liability
company,

    Defendant.
_____/

## ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE ANSWERS TO COURT INTERROGATORIES

THIS CAUSE having come before the Court on the Plaintiff's Motion for Extension of time to file Answer to Court Interrogatories, and the Court being otherwise fully advised in the premises, it is hereupon:

ORDERED AND ADJUDGED that the Motion is hereby GRANTED. Plaintiff shall file answers to Court Interrogatories on or before April 9, 2014.

DONE AND ORDERED in Chambers, in West Palm Beach, Palm Beach County, this _____ day of_____, 2014.

                                                          _____
                                                          U.S. DISTRICT COURT JUDGE

**Copies furnished to:**

All counsel of record